U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed May 26, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10234-RLJ-13 |
| PHILIP ROBERT MEETZE, JR. AND | § | |
| MELISSA PUENTE MEETZE | § | CHAPTER 13 |
|     DEBTOR | § | |
| | § | HEARING DATE: |
| GMAC MORTGAGE, LLC, ITS | § | |
| SUCCESSORS AND ASSIGNS | § | June 01, 2011, 11:00am |
|     MOVANT | § | |
| VS. | § | |
| PHILIP ROBERT MEETZE, JR. AND | § | |
| MELISSA PUENTE MEETZE, AND | § | |
| WALTER OCHESKEY, TRUSTEE, | § | |
|     RESPONDENTS | § | |

## AGREED ORDER TERMINATING AUTOMATIC STAY

CAME ON before the Court for consideration the Motion for Relief from Stay of Act Against Property filed by GMAC MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS ("Movant"). It appearing to the Court that proper notice to interested parties has been provided under law, including local Bankruptcy Rules, that no party has appeared in opposition to the Motion and that Debtor and Movant have reached an agreement to terminate the automatic stay of 11 U.S.C. §362, it is accordingly:

**ORDERED** that the Automatic Stay of 11 U.S.C. §362 be and hereby is terminated for the purpose of allowing Movant, its assignees and/or successors in interest to exercise any rights of foreclosure with respect to the following real property:

LOT 14, BLOCK C, SECTION 1, LYTLE SHORES SOUTH ADDITION TO THE CITY OF ABILENE, TAYLOR COUNTY, TEXAS, AS SHOWN BY PLAT RECORDED IN PLAT CABINET 2, SLIDE 282-D, PLAT RECORDS, TAYLOR COUNTY, TEXAS.

Property address:  3749 OLDHAM LANE, ABILENE, TX 79602

and thereafter to obtain possession of said real property as may be proper under law.  It is further

**ORDERED** that Movant shall give notice to the Trustee immediately upon foreclosure and that Movant shall amend or withdraw its claim herein within twenty (20) days after foreclosure.  It is further

**ORDERED** that if this bankruptcy case is converted to a different Chapter in the United States Bankruptcy Court, this Order shall remain in full force and effect.

# # # END OF ORDER # # #

\*	The signature of Attorney for Movant shown below constitutes an affirmative representation to the Court that proper service has been made pursuant to Local Rule 4001

APPROVED AS TO FORM AND ENTRY REQUESTED:
*Codilis & Stawiarski, P.C.*

By:   /s/ Sarah E. Sibley_____ \*
Angela K. Randermann SBOT 24029787 (31688)
Lisa L. Cockrell SBOT 24036379
Robert L. Negrin SBOT 1486550
Mary M. Speidel SBOT 18908400
Sarah E. Sibley SBOT 24043439
650 N. Sam Houston Parkway East, Suite 450
Houston, Texas 77060 (281) 925-5200
Facsimile: (281) 925-5300
**ATTORNEYS FOR MOVANT**

APPROVED AS TO FORM AND SUBSTANCE:


  /s/ Pamela Chaney by permission_____
PAMELA CHANEY
402 CYPRESS, STE.310
ABELINE, TX 79601
**ATTORNEY FOR DEBTORS**

44-10-4309
XXXXX27975
MEETZE, JR., PHILIP ROBERT
Conventional